# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHAVONNE JACKSON, | : No. 131 EM 2017 |
| Respondent | : |
| | : |
| v. | : |
| | : |
| ALEX FORD, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Application for Leave to File for Review of the Stay Order *Nunc Pro Tunc* and Application for Leave to File to Respond to Respondent Answer are DENIED.